Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

_Dallas_ Division

FILED-USDC-NDTX-DA
'25 DEC 5 PM 12:12

Kennard M. McKenzie

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Kroger Fulfillment Network, LLC,
Kroger Fulfillment Network FCO5,

TALX UCM SERVICE

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
).
)

Case No. 3:25-cv-03217-B KMB

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kennard M. McKenzie |
| Street Address | 1725 Kings Glen Ln |
| City and County | Fort Worth, Tarrant |
| State and Zip Code | Texas 76140 |
| Telephone Number | 682-409-9420 |
| E-mail Address | k.mchenzie83@outlook.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

Name — Kroger Fulfillment Network, LLC.

Job or Title (if known) — Corporation

Street Address — 1014 Vine St.

City and County — Cincinnati, Hamilton County

State and Zip Code — OHIO 45202-1141

Telephone Number — 214-462-3000

E-mail Address (if known) — Khayden@cozen.com

Defendant No. 2

Name — Kroger Fulfillment FC05

Job or Title (if known) — Corporation Corporation

Street Address — 4221 Telephone Rd.

City and County — Dallas, Dallas County

State and Zip Code — Texas 75241

Telephone Number — 214-462-3000

E-mail Address (if known) — Khayden@cozen.com

Defendant No. 3

Name — TALX CUM services, Inc.

Job or Title (if known) — corporation

Street Address — P.O. Box 283

City and County — St. Louis

State and Zip Code — Missouri 63166-0283

Telephone Number — 1-800-829-1510

E-mail Address (if known) — Khayden@cozen.com

Defendant No. 4

Name —

Job or Title (if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Plaintiff (Kennard McKenzie) files this Original Petition against [Defendant (Kroger Fulfillment Network LLC)], asserting cause(s) of action for [ **Notice of Right to Sue** a previous employer 'Kroger Fulfillment Network LLC' for violation and failure to properly follow the **U.S. federal code under 29 C.F.R. 516.2** and the **Texas labor code for Recording Working Time ,** and  decided to **unlawfully** terminate Kennard McKenzie's employment with 'Kroger Fulfillment FC05'.Also, in violation and failure to properly follow **Title VII of the Civil Rights Act of 1964, as amended.** The Plaintiff (Kennard McKenzie) was discriminated against because of race (Black-African American) and religion (Christian). The Plaintiff was discriminated against because of his age, (42), in violation of the **Age Discrimination** in Employment Act of 1967. 'Due Process' Clause is found in both the **Fifth and Fourteenth Amendments to the United States Constitution,** which prohibit the **deprivation of** "life, liberty, or property" by the federal and state governments, respectively, without due process of law.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)*  Kennard M. McKenzie                     , is a citizen of the State of *(name)*  Texas                              .

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* Kroger Fulfillment Network, LLC. , is incorporated under

the laws of the State of *(name)* OHIO , and has its

principal place of business in the State of *(name)* OHIO .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* OHIO .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**As a result of Defendant's (Kroger Fulfillment Network, LLC.) /negligence, violation of the U.S. Labor Code** *Plaintiff incorporates by reference the factual these allegations contained; Plaintiff 'Kennard McKenzie' has suffered actual damages the form of /lost profits, lost sales, lost wages, lost income out-of-pocket expenses /in the amount of about $100,000) "No less than" that which will make the Plaintiff whole in the amount not less than the minimum Jurisdictional limit of the court.*
**As a result of the Defendant's (Kroger Fulfillment Network, LLC. ) negligence, violation of the U.S. Labor Code** */fraud malice/ description of other wrongful act omission for which plaintiff may seek to recover compensatory and punitive damages damages. Plaintiff seeks immediate additional recovery of damages in the amount of $300,000 (EEOC Advises) lump sum check. In addition, EEOC.gov advises that liquidated damages may be awarded to the victim to punish an especially malicious or reckless act of discrimination. The amount of liquidated damages that may be awarded to the claimant (Kennard McKenzie) is equal to the amount of back pay awarded the victim $280,000 lump sum check.*

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*I was let go from this position of employment unlawfully at Kroger, with no legal/legitimate reason. On Feb. 20, 2025, the Texas Workforce Commission advised in letter statement that Kroger also initially denied unemployment benefits to myself Kennard McKenzie. The determination letter claimed that the TWC investigation found that the employer fired the complainant (myself) for violation of company rules and policies. This is considered misconduct connected with the work. On 3/19/2025 the I attended the Texas Workforce Appeal Tribunal court hearing (Appeal No. 3893314-1-1) and found that; myself (Kennard McKenzie) was discharged for falsification of record with his timekeeping for his work. The plaintiff (Kennard McKenzie) denies all the allegations of misconduct. The employer (Kroger) provided NO evidence of the allegations during the Texas Workforce Appeal Tribunal Court hearing. The claimant (Kennard McKenzie) was however still discharged.*

*On July 8, 2025, I was able to officially file a formal EEOC complaint, advising that I was discriminated against because he was not given a legal/legitimate reason for the discharge from his job. However, the (Texas Workforce Commission) & (Equal Employment Opportunity Commission) has not completed a proper investigation regarding this matter. I've requested for opportunity to 'Mediate' this matter & case when filed with the EEOC on July 08,2025. On July 8,2025 the EEOC only issued a 'Notice of Your right to sue.' The plaintiff has also NOT received any documentation regarding the 'investigation' of EEOC charge number 450-2025-08843.*

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*The Claimant (Kennard McKenzie) is seeking resolution to his wrongful discharge & discrimination experience and case THROUGH 'MEDIATION' (IF APPLICA-BLE). These requests involve the following; 1. True information on why each unlawful employment practice/task took place. 2. Info, if any, on if another 3rd party /source contacted his recruiter or manager, regarding his previous work performance, and if they advised of any unlawful practice towards the claimant. 3. Immediate rehire at the claimant (Plaintiff's) convenience of his job at an increased wage/salary with no corrective action in place regarding his work performance. 4. Corrections to all discriminatory actions towards the claimant, and removal of each pervious manager's & supervisor's authority over the plaintiff that was involved in the discriminatory actions.*

*Also, zero tolerance & discipline of any future reoccurrence discrimination followed by the Texas and U.S. Labor code. As a result of the Defendant's /fraud malice/ description of other wrongful act omission for which plaintiff may seek to recover additional or exemplary damages. Plaintiff seeks immediate additional recovery of exemplary damages in the amount of ($300,000 referenced by EEOC guidelines) lump sum check. In addition, EEOC.gov advises that liquidated damages may be awarded to punish an especially malicious or reckless act of discrimination. The amount of liquidated damages that may be awarded to the claimant (Kennard McKenzie) is equal to the amount of back pay awarded the victim $280,000 lump sum check.*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/5/2025

Signature of Plaintiff    _Kennard McKenzie_

Printed Name of Plaintiff    Kennard M. McKenzie

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____