IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNARD M. McKENZIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-3217-B-BT |
| | § | |
| KROGER FULFILLMENT NETWORK | § | |
| LLC et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant Defendant's Motion to Dismiss for Failure to Prosecute, deny as moot Plaintiff's Motion to Compel Arbitration, and dismiss this action with prejudice under Federal Rule of Civil Procedure 41(b). *See* Dkt. No. 28 at 3.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of June, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE